# UNITED STATES DISTRICT COURT

Northern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br><br>John Lohmeier | ) ) ) ) ) ) ) ) ) ) |

**JUDGMENT IN A CRIMINAL CASE**

Case Number:  12 CR 1005-1

USM Number:  45383-424

Charles L. Nesbit
Defendant's Attorney

## THE DEFENDANT:

X pleaded guilty to counts One, Two, and Three of the Superseding Information.

☐ pleaded nolo contendere to count(s)    which was accepted by the court.

☐ was found guilty on count(s)    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| **18 U.S.C. § 371** | Conspiracy to Commit Mail, Wire and Securities Fraud | March 2008 | Iss |
| **15 U.S.C. § 77q(a) and 77x** | Securities Fraud | March 2008 | IIss |
| **15 U.S.C. § 77q(a) and 77x** | Securities Fraud | March 2008 | IIIss |

The defendant is sentenced as provided in pages 1 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

X All Counts of the original and superseding indictments are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

May 31, 2016
Date of Imposition of Judgment

Signature of Judge

Samuel Der-Yeghiayan, U.S. District Court Judge
Name and Title of Judge

May 31, 2016
Date

DEFENDANT: JOHN LOHMEIER
CASE NUMBER: 12 CR 1005-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 180 months. 60 Months on each of Counts One, Two, and Three of the Superseding Information with said terms to run Consecutively to one another for a total term of 180 months.

X    The court makes the following recommendations to the Bureau of Prisons: That the Defendant be committed to a Bureau of Prisons' facility where he can participate in a Residential Drug Abuse Treatment Program. The Court further recommends that the Defendant be committed to the Bureau of Prisons facility FCI Morgantown, West Virginia.

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐   at      on

     ☐   as notified by the United States Marshal.

X    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     X   by 12:00 p.m. but not later than 3:00 p.m. on August 30, 2016.

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JOHN LOHMEIER
CASE NUMBER: 12 CR 1005-1

# MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of: Two years.
Two years on each of Counts One, Two, and Three of the Superseding Information with said terms to run Concurrently to one another for a total term of two years of supervised release.

     You must report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

X   (1)  you shall not commit another Federal, State, or local crime.

X   (2)  you shall not unlawfully possess a controlled substance.

☐   (3)  you shall attend a public, private, or private nonprofit offender rehabilitation program that has been approved by the court, if an approved program is readily available within a 50-mile radius of your legal residence. [Use for a first conviction of a domestic violence crime, as defined in **§ 3561(b)**.]

☐   (4)  you shall register and comply with all requirements of the Sex Offender Registration and Notification Act **(42 U.S.C. § 16913)**.

X   (5)  you shall cooperate in the collection of a DNA sample if the collection of such a sample is authorized by statute.

X   (6)  you shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, up to 104 periodic tests for use of a controlled substance during each year of supervised release. [This mandatory condition may be ameliorated or suspended by the court for any defendant if reliable sentencing information indicates a low risk of future substance abuse by the defendant.]

# DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions** — The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in **§ 3553(a)(1)** and **(a)(2)(B), (C), and (D);** such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in **§ 3553 (a)(2) (B), (C), and (D);** and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a.**
The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☐   (1)  you shall provide financial support to any dependents if financially able.

X   (2)  you shall make restitution to a victim of the offense under **§ 3556** (but not subject to the limitation of **§ 3663(a)** or **§ 3663A(c)(1)(A)**).

☐   (3)  you shall give to the victims of the offense notice pursuant to the provisions of **§ 3555**, as follows:

☐   (4)  you shall seek, and work conscientiously at, lawful employment or pursue conscientiously a course of study or vocational training that will equip you for employment.

☐   (5)  you shall refrain from engaging in a specified occupation, business, or profession bearing a reasonably direct relationship to the conduct constituting the offense, or engage in such a specified occupation, business, or profession only to a stated degree or under stated circumstances; (if checked yes, please indicate restriction(s))     .

☐   (6)  you shall refrain from knowingly meeting or communicating with any person whom you know to be engaged, or planning to be engaged, in criminal activity and from:
    ☐ visiting the following type of places:   
    ☐ knowingly meeting or communicating with the following persons:   .

☐   (7)  you shall refrain from ☐ any or ☐ excessive use of alcohol (defined as ☐ having a blood alcohol concentration greater than 0.08; or ☐   ), or any use of a narcotic drug or other controlled substance, as defined in **§ 102** of the Controlled Substances Act (**21 U.S.C. § 802**), without a prescription by a licensed medical practitioner.

X   (8)  you shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

X   (9)    X  you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.
        X  you shall participate, at the direction of a probation officer, in a mental health treatment program, which may include the use of prescription medications, if deemed necessary by a professional.
        ☐  you shall participate, at the direction of a probation officer, in medical care; (if checked yes, please specify:   .)

☐   (10)  (intermittent confinement): you shall remain in the custody of the Bureau of Prisons during nights, weekends, or other intervals of time, totaling   [no more than the lesser of one year or the term of imprisonment authorized for the

DEFENDANT: JOHN LOHMEIER
CASE NUMBER: 12 CR 1005-1

|   |   |   |
|---|---|---|
|   |   | offense], during the first year of the term of supervised release (provided, however, that a condition set forth in **§ 3563(b)(10)** shall be imposed only for a violation of a condition of supervised release in accordance with **§ 3583(e)(2)** and only when facilities are available) for the following period |
| ☐ | (11) | (community confinement): you shall reside at, or participate in the program of a community corrections facility (including a facility maintained or under contract to the Bureau of Prisons) for all or part of the term of supervised release, for a period of ____ months. |
| ☐ | (12) | you shall work in community service for ____ hours as directed by a probation officer. |
| ☐ | (13) | you shall reside in the following place or area: ____, or refrain from residing in a specified place or area: ____. |
| ☐ | (14) | you shall remain within the jurisdiction where you are being supervised, unless granted permission to leave by the court or a probation officer. |
| X | (15) | you shall report to a probation officer as directed by the court or a probation officer. |
| **X** | (16) | X    you shall permit a probation officer to visit you  X at any reasonable time or ☐ as specified: ,<br>    X  at home    ☐ at work    ☐ at school    ☐ at a community service location<br>    X other agreeable reasonable location specified by a probation officer<br>    X    you shall permit confiscation of any contraband observed in plain view of the probation officer. |
| X | (17) | you shall notify a probation officer promptly, within 72 hours, of any change in residence, employer, or workplace and, absent constitutional or other legal privilege, answer inquiries by a probation officer. |
| X | (18) | you shall notify a probation officer promptly, within 72 hours or as soon as physically able to, if arrested or questioned by a law enforcement officer. |
| ☐ | (19) | (home confinement): you shall remain at your place of residence for a total of ____ months during nonworking hours. [This condition may be imposed only as an alternative to incarceration.]<br>☐   Compliance with this condition shall be monitored by telephonic or electronic signaling devices (the selection of which shall be determined by a probation officer). Electronic monitoring shall ordinarily be used in connection with home detention as it provides continuous monitoring of your whereabouts. Voice identification may be used in lieu of electronic monitoring to monitor home confinement and provides for random monitoring of your whereabouts. If the offender is unable to wear an electronic monitoring device due to health or medical reasons, it is recommended that home confinement with voice identification be ordered, which will provide for random checks on your whereabouts.  Home detention with electronic monitoring or voice identification is not deemed appropriate and cannot be effectively administered in cases in which the offender has no bona fide residence, has a history of violent behavior, serious mental health problems, or substance abuse; has pending criminal charges elsewhere; requires frequent travel inside or outside the district; or is required to work more than 60 hours per week.<br>☐   You shall pay the cost of electronic monitoring or voice identification at the daily contractual rate, if you are financially able to do so.<br>☐   The Court waives the electronic/location monitoring component of this condition. |
| ☐ | (20) | you shall comply with the terms of any court order or order of an administrative process pursuant to the law of a State, the District of Columbia, or any other possession or territory of the United States, requiring payments by you for the support and maintenance of a child or of a child and the parent with whom the child is living. |
| ☐ | (21) | (deportation): you shall be surrendered to a duly authorized official of the Homeland Security Department for a determination on the issue of deportability by the appropriate authority in accordance with the laws under the Immigration and Nationality Act and the established implementing regulations.  If ordered deported, you shall not reenter the United States without obtaining, in advance, the express written consent of the Attorney General or the Secretary of the Department of Homeland Security. |
| X | (22) | you shall satisfy such other special conditions as ordered below. |
| ☐ | (23) | (if required to register under the Sex Offender Registration and Notification Act) you shall submit at any time, with or without a warrant, to a search of your person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects, by any law enforcement or probation officer having reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by you, and by any probation officer in the lawful discharge of the officer's supervision functions (see special conditions section). |
| ☐ | (24) | Other: |

## SPECIAL CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. 3563(b)(22) and 3583(d)

The court imposes those conditions identified by checkmarks below:

**During the term of supervised release:**

| | | |
|---|---|---|
| ☐ | (1) | if you have not obtained a high school diploma or equivalent, you shall participate in a General Educational Development (GED) preparation course and seek to obtain a GED within the first year of supervision. |
| ☐ | (2) | you shall participate in an approved job skill-training program at the direction of a probation officer within the first 60 days of placement on supervision. |

ILND 245B (Rev. Case: 1:12-cr-01005 Document #: 134 Filed: 05/31/16 Page 5 of 22 PageID #:1125
Sheet 3 – Supervised Release

Judgment – Page 5 of 8

DEFENDANT: JOHN LOHMEIER
CASE NUMBER: 12 CR 1005-1

☐ (3) you shall, if unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, perform at least 20 hours of community service per week at the direction of the U.S. Probation Office until gainfully employed. The amount of community service shall not exceed _____ hours.

☐ (4) you shall not maintain employment where you have access to other individual's personal information, including, but not limited to, Social Security numbers and credit card numbers (or money) unless approved by a probation officer.

☐ (5) you shall not incur new credit charges or open additional lines of credit without the approval of a probation officer unless you are in compliance with the financial obligations imposed by this judgment.

☐ (6) you shall provide a probation officer with access to any requested financial information necessary to monitor compliance with conditions of supervised release.

☐ (7) you shall notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

☐ (8) you shall provide documentation to the IRS and pay taxes as required by law.

☐ (9) you shall participate in a sex offender treatment program. The specific program and provider will be determined by a probation officer. You shall comply with all recommended treatment which may include psychological and physiological testing. You shall maintain use of all prescribed medications.

> ☐ You shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office. You shall consent to the installation of computer monitoring software on all identified computers to which you have access. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. You shall not remove, tamper with, reverse engineer, or in any way circumvent the software.

> ☐ The cost of the monitoring shall be paid by you at the monthly contractual rate, if you are financially able, subject to satisfaction of other financial obligations imposed by this judgment.

> ☐ You shall not possess or use any device with access to any online computer service at any location (including place of employment) without the prior approval of a probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or email system.

> ☐ You shall not possess any device that could be used for covert photography without the prior approval of a probation officer.

> ☐ You shall not view or possess child pornography. If the treatment provider determines that exposure to other sexually stimulating material may be detrimental to the treatment process, or that additional conditions are likely to assist the treatment process, such proposed conditions shall be promptly presented to the court, for a determination, pursuant to **18 U.S.C. § 3583(e)(2)**, regarding whether to enlarge or otherwise modify the conditions of supervision to include conditions consistent with the recommendations of the treatment provider.

> ☐ You shall not, without the approval of a probation officer and treatment provider, engage in activities that will put you in unsupervised private contact with any person under the age of 18, or visit locations where children regularly congregate (e.g., locations specified in the Sex Offender Registration and Notification Act.)

> ☐ This condition does not apply to your family members:        [Names]

> ☐ Your employment shall be restricted to the district and division where you reside or are supervised, unless approval is granted by a probation officer. Prior to accepting any form of employment you shall seek the approval of a probation officer, in order to allow the probation officer the opportunity to assess the level of risk to the community you will pose if employed in a particular capacity. You shall not participate in any volunteer activity that may cause you to come into direct contact with children except under circumstances approved in advance by a probation officer and treatment provider.

> ☐ You shall provide the probation officer with copies of your telephone bills, all credit card statements/receipts, and any other financial information requested.

> ☐ You shall comply with all state and local laws pertaining to convicted sex offenders, including such laws that impose restrictions beyond those set forth in this order.

X (10) you shall pay any financial penalty that is imposed by this judgment that remains unpaid at the commencement of the term of supervised release. Your monthly payment schedule shall be an amount that is at least 10% of your net monthly income, defined as income net of reasonable expenses for basic necessities such as food, shelter, utilities, insurance, and employment-related expenses.

☐ (11) you shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court.

☐ (12) you shall repay the United States "buy money" in the amount of $ _____ which you received during the commission of this offense.

☐ (13) if the probation officer determines that you pose a risk to another person (including an organization or members of the community), the probation officer may require you to tell the person about the risk, and you must comply with that instruction. Such notification could include advising the person about your record of arrests and convictions and

DEFENDANT:  JOHN LOHMEIER
CASE NUMBER:  12 CR 1005-1

substance use. The probation officer may contact the person and confirm that you have told the person about the risk.

☐   (14)   Other:

DEFENDANT: JOHN LOHMEIER
CASE NUMBER: 12 CR 1005-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals** | $300.00 | $n/a | $8,189,279.93 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| See Chart as Provided by U.S. Attorney's Office | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | | | |

☐ Restitution amount ordered pursuant to plea agreement $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to **18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the _____.

    ☐ the interest requirement for the _____ is modified as follows:

☐ The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

* Findings for the total amount of losses are required under **Chapters 109A, 110, 110A, and 113A of Title 18** for offenses committed on or after September 13, 1994, but before April 23, 1996.

United States v. John & Rebecca Lohmeier

12 CR 1005

RESTITUTION SCHEDULE:

| Account Name | Restitution Amount |
|---|---|
| HOWARD & ALYCE JOHNS | $17,039.98 |
| CATHERINE & EUGENE B | $13,208.18 |
| JOHN A MARTENS IRA | $9,258.26 |
| DOUGLAS PECKETT IRA | $1,058.09 |
| SUSAN PACCIORINI ROT | $1,190.35 |
| FERRIS HAGEMAN UTMA | $66.13 |
| YAKOV PRESWORSKY SIM | $1,322.61 |
| ALEXA MOLINA SEP IRA | $158.71 |
| MEGAN M LEWIS UTMA | $66.13 |
| JUSTIN JOHNSON UTMA | $66.13 |
| BRIANNA SULLIVAN UTM | $66.13 |
| KAYLEE SULLIVAN UTMA | $66.13 |
| CATHERINE HANOUM ROT | $1,058.09 |
| SHARON FABER ROTH IR | $277.75 |
| ED WEINTRAUT 403(B) | $48,990.89 |
| NANCY P BACON 403B | $21,124.52 |
| MADISON R KOFF UTMA | $793.57 |
| JIMMY R GIBSON | $50,191.08 |
| DAVID B KLINE IRA | $26,416.36 |
| GLADYS Y BUSSEY SPT | $31,638.79 |
| CONSTANCE VILLELLA I | $9,824.52 |
| LINDA P NOGRA IRA | $9,824.50 |
| LYNETTE HIEBERT IRA | $19,649.04 |
| SUSAN GRAVES IRA | $9,824.53 |
| SUSAN PRESTON IRA | $1,170.98 |
| COLEMAN CRT 1/18/01 | $4,810.88 |
| SPECHT CRT 12/27/93 | $5,013.72 |
| JOSHUA Q BUSSEY SPT | $16,080.46 |
| JACK PRESTON IRA | $15,103.10 |
| SHATONYA M BUSSEY | $24,371.51 |
| KINZLI FAMILY TRUST | $25,087.24 |
| LIONEL GOULARTE IRA | $7,708.02 |
| BERNADINE GOULARTE I | $24,867.00 |
| ANN MARIE PIRO IRA R | $38,573.02 |
| GARY P LINDQUIST IRA | $14,597.18 |
| EVERETT & VELMA DAUN | $43,205.65 |

1

| | |
|---|---|
| FRANCES CRAWFORD TRU | $10,078.97 |
| DIANE J KINZLI IRA | $10,408.97 |
| CECELIA RIGHTER IRA | $20,153.74 |
| CECELIA RIGHTER TRU | $24,683.58 |
| ARDETH J KENNEDY | $13,204.14 |
| ERNEST A KINZLI IRA | $3,519.50 |
| SHIRLEY THOMPSON IRA | $60,816.90 |
| HISAO & MIEKO YOKO T | $229,775.95 |
| SHEILA & ANDY BALIST | $3,603.23 |
| VIRGINIA HOLSINGER | $4,078.23 |
| MARYANN VENTURI IRA | $5,577.00 |
| ROB & MARJORY BEGLEY | $3,827.91 |
| JAMES FREDERICK IRA | $11,090.19 |
| LINDA FREDERICK IRA | $3,912.59 |
| PAULINE GHAZALEH TR | $455.53 |
| JUDY K ALLEN IRA R/O | $42,233.62 |
| ERNEST A KINZLI SEP | $93,765.10 |
| LEROY PETERS IRA | $4,642.75 |
| ERNA T PETERS IRA | $4,832.87 |
| HISAO & MIEKO YOKO T | $21,052.75 |
| ERNA T PETERS | $10,960.66 |
| SUZANNE BITTROLFF IR | $36,404.51 |
| ERIC D THOMAS | $1,975.88 |
| RUTHE GOMEZ SEP IRA | $3,897.50 |
| FRANCES E BRIOSO SEP | $10,906.48 |
| VALDA FLETCHER | $53,071.85 |
| RUNA LARSEN IRA | $922.76 |
| BERNARD HOFMANN 403B | $5,771.25 |
| ELEANOR M TERRY CB&T | $14,695.85 |
| MARTHA FIGUEROA TRUS | $46,228.63 |
| SABRINA GILMORE UTMA | $13,479.45 |
| CAROL B MCGUIRE IRA | $9,488.26 |
| RUNA D LARSEN 403B | $980.53 |
| CLAUDIA BOULTON IRA | $8,192.10 |
| DONNA I DEAN IRA | $7,984.11 |
| RAQUEL TORRES 403B | $106,496.50 |
| JEANNINE DUPREE IRA | $62,273.35 |
| LISA DUKART IRA | $37,900.61 |
| DARLENE HARRIS TRUST | $16,033.86 |
| ALYCE E JOHNSON 403B | $66,450.05 |
| DARLENE HARRIS TRUST | $11,526.43 |
| WANDA GUARIENT 403B | $52,393.75 |
| BEATRICE MUSSON IRA | $37,668.41 |
| GILBERT & MICHIKO YE | $27,683.88 |
| ANN MARIE PIRO TRUST | $40,933.12 |

| | |
|---|---|
| YASKEWICH TRUST | $41,822.07 |
| LEE ANN SPRUILL | $3,858.33 |
| MARTHA HERNANDEZ IRA | $27,896.44 |
| RUNA & HAROLD LARSEN | $5,006.34 |
| MARY SCHUSTER IRA | $7,579.44 |
| JASON FREDERICK UTMA | $20,625.32 |
| JAMES FREDERICK TRUS | $1,194.56 |
| DEANNA J MARTINEZ | $3,159.66 |
| LISA & GREGORY DUKAR | $4,380.42 |
| JOYCE A SMITH IRA R/ | $9,244.28 |
| SHEILA BALISTRERI 40 | $72,025.80 |
| ANNALENE POWER 403B | $1,415.72 |
| LESTER CLARK BYPASS | $138,565.69 |
| VINCENT J MESMER IRA | $32,402.26 |
| KINZLI FAMILY TRUST | $113,048.53 |
| BARBARA A GRANT | $18,866.02 |
| RIO L SHEW CA/TOD | $20,931.22 |
| CLAUDIA D BOULTON | $27,693.56 |
| ANTHONY MAY | $46,893.92 |
| MUSSON FAMILY TRUST | $43,003.83 |
| KANELLA SARROS TRUST | $41,615.04 |
| ANN M SOLOMON TRUST | $135,852.11 |
| BETTY A CLARK TRUST | $129,212.34 |
| ROBERT S THOMAS 403B | $36,137.31 |
| JONES TRUST DTD 3/8/ | $90,764.63 |
| ERNEST KINZLI MMPP | $16,705.82 |
| HELEN M PENNING TRUS | $27,650.19 |
| FREDERICK TRUST | $29,860.27 |
| PORTIA HARVEY 403B | $26,409.27 |
| H&A JOHNSON TRUST | $1,879.40 |
| ANN SOLOMON IRA R/O | $24,291.89 |
| STEVEN TELLEEN IRA | $23,681.34 |
| RUTHE P GOMEZ TRUST | $3,720.61 |
| SHIRLEY THOMPSON TOD | $22,922.06 |
| JOAN K HIMES TRUST | $48,040.51 |
| CYNTHIA B USEDOM R/O | $105,298.25 |
| JEAN ROBINSON LIV TR | $44,676.27 |
| CLAUDIA D BOULTON | $22,765.95 |
| JUDY SCHAFFENACKER | $5,723.75 |
| MARTY D ELLIS IRA | $2,081.39 |
| SHEILA BALISTRERI IR | $14,570.50 |
| MARTHA HERNANDEZ | $21,701.21 |
| HOFMANN REVOC TRUST | $717.79 |
| VINCENT MESMER | $32,831.75 |
| ELLEN G BROOKS 403B | $63,713.15 |

3

| | |
|---|---:|
| ELLEN G BROOKS 403B | $86,415.93 |
| PAULINE GHAZALEH 403 | $56,365.60 |
| PAULINE GHAZALEH TRU | $6,196.23 |
| DAVID COSTA IRA ROLL | $117,217.92 |
| MIEKO YOKO TRUST | $49,977.72 |
| ANITA ROBERTSON 403B | $46,877.07 |
| HISAO MIEKO TRUST | $44,215.08 |
| ANITA ROBERTSON 403B | $45,067.48 |
| ELLEN G BROOKS 403B | $44,987.41 |
| ANITA ROBERTSON 403B | $40,475.93 |
| MIEKO YOKO TRUST | $35,238.84 |
| SALLY L LOPEZ 403B | $56,137.42 |
| SHARON SENNING IRA | $14,280.59 |
| KENNETH BRINDLEY IRA | $30,491.82 |
| ANTHONY MAY TRUST | $35,963.60 |
| MICHIKO YEE 403B | $27,456.13 |
| ELEANOR M TERRY 403B | $26,138.30 |
| ERNEST KINZLI PS PLA | $49,443.90 |
| SHARON SENNING IRA | $68,672.64 |
| HELEN M PENNING | $26,026.03 |
| DAVID R HINKEL IRA | $27,123.46 |
| VINCENT CANTWELL IRA | $26,012.72 |
| ALYCE E JOHNSON 403B | $15,728.05 |
| JACK JONES IRA/ROLL | $26,228.34 |
| CANTWELL TRUST DATED | $24,380.95 |
| NORMA BORGES TRUST | $23,615.92 |
| LINDA A CANTWELL IRA | $22,432.09 |
| CLAIRE MAHUNA 403B | $23,930.49 |
| CONSTANCE HOFMANN 40 | $21,685.04 |
| JACK D JONES | $22,535.13 |
| CHARLENE RATZLAFF IR | $9,568.73 |
| CONSTANCE HOFMANN 40 | $20,307.71 |
| DAVID R HINKEL CATOD | $21,805.10 |
| FRANK D THOMAS 403B | $21,261.69 |
| BROOKE H BAILEY | $96.12 |
| PATRICIA DARCEY SEP | $16,350.39 |
| ANTHONY MAY ROTH | $14,954.07 |
| ANTHONY MAY TTEE | $37,822.90 |
| CARMELLA WOOD TRUST | $28,623.45 |
| FLORENCE E COOK IRA | $14,688.23 |
| BERNARD HOFMANN 403B | $10,845.89 |
| FRANCES E BRIOSO IRA | $13,640.39 |
| PAUL A JOHNSTON IRA | $703.12 |
| CLAIRE MAHUNA IRA/RO | $28,339.85 |
| KIMBERLY SAE-UNG UTM | $2,509.21 |

| | | |
|---|---|---|
| JOAN K HIMES IRA | | $13,050.12 |
| ANN MARIE PIRO ROTH | | $19,776.92 |
| GREG DUKART | | $13,541.79 |
| CYNTHIA G KITANI ROL | | $13,368.51 |
| ZELDA M THOMAS 403B | | $13,407.30 |
| JOSEPH V GUINAN IRA | | $459.95 |
| CONSTANCE HOFMANN 40 | | $12,227.80 |
| FRANK HERMOSO REV TR | | $13,008.13 |
| CARLA C DANBY IRA RO | | $11,639.38 |
| JUDITH A DEGREGORIO | | $12,513.78 |
| VALDA FLETCHER ROTH | | $10,869.88 |
| YUPA DEE THANAKITVIB | | $22,885.26 |
| CANTWELL TRUST DTD 4 | | $11,400.35 |
| STEPHEN L DEWITT IRA | | $68,727.75 |
| SHARON L ISBELL ROTH | | $10,546.36 |
| KELLI BARNETT IRA | | $9,853.03 |
| CARMEN YASKEWICH IRA | | $7,600.57 |
| MICHELLE GILMORE ROT | | $8,652.72 |
| ANDREW BALISTRERI IR | | $8,465.52 |
| LEROY & ERNA PETERS | | $16,203.56 |
| KANELLA V SARROS | | $18,197.59 |
| VIRGINIA THIBADEAU I | | $20,542.88 |
| ZELDA THOMAS ROTH | | $8,930.27 |
| ALMA J NUNSUCH IRA R | | $8,493.15 |
| GILBERT C YEE IRA | | $8,244.60 |
| ARLENE E HOOVER CA/T | | $8,189.33 |
| ROBERT THOMAS ROTH | | $8,443.32 |
| DOROTHY JONES IRA | | $7,960.26 |
| CYNTHIA G KITANI ROT | | $7,736.79 |
| SUSAN JONES AND BARR | | $7,247.60 |
| JUDITH PERKOWSKI 403 | | $7,772.37 |
| JUDITH A DEGREGORIO | | $19,762.22 |
| MICHELLE GILMORE SEP | | $7,613.01 |
| MEGAN M OTTOBONI UTM | | $10,676.54 |
| DARLENE HARRIS ROTH | | $8,133.95 |
| JANICE HIDALGO | | $7,202.09 |
| FLORENCE E COOK | | $13,887.56 |
| ERNEST A KINZLI ROTH | | $8,206.67 |
| LINDA PERKINS IRA | | $344.62 |
| DIANE KINZLI ROTH IR | | $7,731.71 |
| ESPERANZA SHAFER TRU | | $6,452.62 |
| SHIRLEY A CESARE 403 | | $6,367.33 |
| DIANA HOFFMANN IRA/R | | $22,194.28 |
| VERASAKDI SAE-UNG | | $646.56 |
| MARILYN HALL ROTH | | $783.59 |

5

| | |
|---|---|
| JACOB A OTTOBONI UTM | $5,919.29 |
| THEODORE PRESLEY 403 | $5,855.83 |
| FRANCES SULLIVAN IRA | $5,619.59 |
| SHARON L ISBELL TRUS | $12,449.68 |
| BARRY FRIEDMAN IRA | $1,765.33 |
| FRANCES SULLIVAN ROT | $1,796.19 |
| DONALD RIGHTER IRA | $1,717.34 |
| ANTHONY J K ONO UTMA | $3,370.34 |
| PORTIA HARVEY ROTH | $1,713.51 |
| CHRISTINA G WRIGHT R | $1,679.23 |
| CECELIA RIGHTER ROTH | $1,530.15 |
| JOYCE J RYAN R/O IRA | $5,379.38 |
| VIRGINIA THIBADEAU R | $1,575.90 |
| CARY TREMEWAN ROTH | $1,573.71 |
| GREG DUKART ROTH | $1,530.05 |
| JOSEPH A DUNCAN UTMA | $2,325.56 |
| ELIZABETH HODGKINS | $30.96 |
| CARMEN YASKEWICH TR | $36,390.11 |
| BURT IZUMIKAWA IRA | $1,555.81 |
| SHARI A ELLS ROTH IR | $1,417.73 |
| EULALIA COSTA ROTH I | $1,423.72 |
| SUZANNE BITTROLFF TO | $1,498.12 |
| DAVID J MUZIO IRA | $1,356.80 |
| BRET TREMEWAN ROTH | $1,597.37 |
| CHRISTINA G WRIGHT H | $11,408.93 |
| JACK D JONES IRA | $1,185.69 |
| FRANK WAIT IRA/ROLL | $1,223.89 |
| SHARON SENNING ROTH | $1,134.18 |
| PATRICIA KING IRA | $2,255.17 |
| LINDA FREDERICK ROTH | $1,121.48 |
| DAVID A SWEENEY UTMA | $1,113.40 |
| BRENDA CHRISTENSEN R | $1,812.13 |
| LARRY ROBERTSON ROTH | $1,040.01 |
| JAMES FREDERICK ROTH | $1,012.85 |
| LOGAN SANDERSON | $969.57 |
| SHARON L JAGER ROTH | $1,486.71 |
| CYNTHIA G KITANI | $886.98 |
| ELIZABETH HODGKINS | $50.71 |
| CLARE TELLEEN 403B | $1,130.11 |
| MARGARET ANN DUNCAN | $773.74 |
| GRANT SANDERSON UTMA | $803.50 |
| ANITA ROBERTSON ROTH | $722.70 |
| ELIZABETH USEDOM UTM | $799.33 |
| MARY ANN MACKEY TRUS | $755.99 |
| RICHARD GUARIENTI RO | $703.54 |

| | |
|---|---|
| WANDA GUARIENTI ROTH | $2,955.89 |
| HOWARD JOHNSON ROTH | $709.96 |
| MAVIS A MULLER IRA | $4,394.20 |
| BRENT R USEDOM UTMA | $727.73 |
| SANDRA R STEFANI/CUS | $2,667.81 |
| PHYLLIS MALDONADO RO | $643.31 |
| VERONICA HALL UTMA | $26.69 |
| STEVEN SOLOMON UTMA | $530.64 |
| ALISON SOLOMON UTMA | $530.64 |
| MARIAELENA J GARNICA | $443.59 |
| ARIANA R ROLIN UTMA | $424.59 |
| TAYLER KROLENZK UTMA | $325.48 |
| MORGAN RODRIGUEZ UTM | $347.85 |
| LAUREN RODRIGUEZ | $337.85 |
| DOUGLAS PECKETT ROTH | $485.76 |
| ALAN J YUNT UTMA | $268.00 |
| GREGORY SULLIVAN IRA | $611.22 |
| MEGAN KUSABA UTMA | $250.95 |
| CONSTANCE ROMERO | $247.94 |
| JOLIE JOHNSON UTMA | $275.71 |
| ERIN CHERNISS UTMA | $177.58 |
| KEVIN CHERNISS UTMA | $178.71 |
| KYLE CHERNISS UTMA | $183.88 |
| KAREN L GRIMME ROTH | $39.93 |
| JENISE J PATEL UTMA | $186.84 |
| SEAN J PATEL UTMA | $186.84 |
| JOSEPH C ROMERO | $194.66 |
| LISA DUKART CA/TOD | $205.52 |
| MATEO JOHNSON UTMA | $291.98 |
| FRANCES BRIOSO IRA R | $19,448.63 |
| ARLENE E HOOVER IRA | $20,296.08 |
| KINZLI FAMILY TRUST | $21,140.37 |
| GARY GILMORE IRA | $21,839.06 |
| DOREEN ELKINS 403(B) | $12,652.62 |
| EVERETT & VELMA DAUN | $18,238.26 |
| BARBARA ANN GRANT IR | $18,455.62 |
| JACK JONES IRA ROLLO | $17,480.00 |
| GAIL SPENCE LIV TRST | $811.05 |
| FRANK THOMAS TRUST | $19,058.19 |
| KIMBERLY PYNCHON IRA | $17,439.56 |
| BEATRICE MUSSON TRUS | $16,473.26 |
| CLAUDIA BOULTON 403B | $16,145.93 |
| LYNN D BARNETT IRA | $16,042.60 |
| SHEILA BALISTRERI 40 | $45,585.46 |
| JAMES COFFMAN IRA | $16,062.14 |

| | | |
|---|---|---|
| ANITA ROBERTSON 403B | | $3,388.86 |
| JOSEPH V GUINAN IRA | | $14,869.11 |
| ARLENE HOOVER IRA | | $14,382.54 |
| JIM & LINDA FREDERIC | | $14,625.69 |
| JOAN L LOPEZ 403B | | $14,086.31 |
| BRENDA K EHSAN IRA | | $13,783.21 |
| KAREN OTTOBONI 403B | | $13,951.77 |
| LARRY ROBERTSON 403B | | $13,046.93 |
| SOLOMON TRUST B | | $13,033.39 |
| DAVID R HINKEL ROTH | | $13,415.28 |
| CLAUDIA BOULTON 403B | | $13,221.25 |
| CARMELLA WOOD TRUST | | $12,662.14 |
| VINCENT CANTWELL ROL | | $13,081.50 |
| DOROTHY RADCLIFFE IR | | $12,297.07 |
| JACK DARCEY IRA | | $12,374.77 |
| CLAIRE MAHUNA | | $11,911.88 |
| IRENE B YUNT IRA | | $18,451.87 |
| JEANNINE DUPREE TRUS | | $11,557.48 |
| GERALD BROCCHINI IRA | | $10,443.35 |
| SAM A CESARE | | $11,306.98 |
| JOSEPH GUINAN IRA | | $8,911.20 |
| BEULAH FLOOD TRUST | | $10,635.40 |
| MICHELLE GILMORE TRU | | $22,120.28 |
| RODNEY SEKIMOTO 403B | | $9,972.18 |
| DOROTHY A JONES IRA | | $10,071.35 |
| ZELDA THOMAS 403(B) | | $10,066.28 |
| EMI J KUSABA IRA | | $9,362.00 |
| RODNEY SEKIMOTO 403B | | $9,272.46 |
| CARY TREMEWAN IRA | | $9,038.33 |
| DAVID R HINKEL IRA | | $9,537.59 |
| MARY SCHUSTER ROTH I | | $12,233.49 |
| JAMES M TERRY IRA | | $8,901.55 |
| RUTHE GOMEZ ROLL IRA | | $15,698.96 |
| CECELIA RIGHTER TRUS | | $8,643.58 |
| RIO SHEW IRA | | $7,139.29 |
| PATRICIA DARCEY ROTH | | $9,500.41 |
| NASCIMENTO FERREIRA | | $7,652.72 |
| DAVID R HINKEL IRA | | $7,234.73 |
| BEATRIC MUSSON FAMTR | | $7,117.89 |
| GARY EKMAN IRA | | $6,870.69 |
| JACK C DARCEY ROTH | | $8,337.33 |
| BEULAH FLOOD TRUST | | $6,809.85 |
| ROSEMARY DIAZ 403B | | $6,896.62 |
| RONALD C HESSDOERFER | | $7,321.08 |
| ROBERT JOHN ELLS IRA | | $6,643.79 |

| | |
|---|---:|
| ANNA R FIRKINS TRUST | $6,159.23 |
| ROCHELLE FIGUEROA | $18,156.12 |
| PHILOMINA SEBASTIAN | $6,455.53 |
| ROCHELLE FIGUEROA | $5,904.50 |
| MARY D HINTZMAN 403B | $6,318.94 |
| MILTON MANSDORF TOD | $5,339.82 |
| GILBERT PEREZ IRA/RO | $5,531.97 |
| MARY L SCHUSTER IRA | $9,279.13 |
| CLEO MAYER IRA | $5,208.70 |
| VIRGINIA THOMAS IRA | $4,685.40 |
| BERNARD T HOFMANN 40 | $4,376.79 |
| SARAH HOUGHTON | $4,373.14 |
| SARAH HOUGHTON IRA | $3,207.55 |
| CECELIA RIGHTER TRST | $3,941.37 |
| LILIA KIM IRA | $3,175.21 |
| RIO SHEW & PAT WONG | $3,182.13 |
| ELIZABETH HODGKINS | $3,341.78 |
| ELEANOR TERRY IRA | $3,281.02 |
| DONNA MARSHALL IRA | $2,867.73 |
| MOHSEN EHSAN IRA | $2,917.04 |
| TERRENCE QUEENAN 403 | $33,164.68 |
| TERRENCE QUEENAN 403 | $16,056.13 |
| DEBRA CORBELLA IRA | $8,129.90 |
| KRYSTINE ABRAO IRA | $5,204.13 |
| MARGARET DUNCAN TOD | $2,810.73 |
| KYLE SCROGGINS UTMA | $165.24 |
| ANN ANDERSON TRUST | $2,638.07 |
| KAREN OTTOBONI 403B | $2,780.72 |
| MACKENZIE WALKER | $2,698.39 |
| PATRICIA DARCEY IRA | $2,582.43 |
| MARIA CHAVEZ 403B | $2,518.17 |
| BARBARA ROFFINOLI IR | $2,311.95 |
| CAROL M GIDDENS IRA | $1,894.83 |
| YEE FAMILY TRUST | $1,776.29 |
| RENEE M DIAZ ROLIN | $1,582.11 |
| AMY E CABRAL 403B | $1,610.84 |
| ROBERT MENA ROTH IRA | $1,209.70 |
| KENNETH WATKINS IRA | $1,213.67 |
| ROBERTO FIGUEROA | $851.02 |
| RACHEL M DIAZ | $887.57 |
| HOLLY C BOUGIE 403B | $872.09 |
| KAREN OTTOBONI TOD/C | $491.55 |
| ANDREW HAYES403(B) | $416.92 |
| RIKI L TWIST 403(B) | $319.12 |
| DEAN/PATRICIA HALL J | $255.98 |

9

| | |
|---|---|
| RUBEN C DIAZ JR | $195.51 |
| RIKI L TWIST 403B | $171.93 |
| ALMA NUNSUCH 403B | $145.57 |
| KATHLEEN PATEL 403B | $160.05 |
| KATHLEEN PATEL | $160.44 |
| MAVIS MULLER CA/TOD | $5,109.86 |
| JEFF DOWNING SIMPLE | $15,690.12 |
| MICHAEL WAGNER IRA/R | $5,333.81 |
| ROB & FRANCES SULLIV | $9,882.71 |
| Y THANAKITVIBOON ROT | $5,400.49 |
| KENELLA V SARROS | $5,315.81 |
| VALDA J FLETCHER TRU | $10,561.66 |
| PAUL JOHNSTON SIMPLE | $1,759.91 |
| MICHIKO YEE ROTH IRA | $4,965.95 |
| GILBERT YEE ROTH | $4,723.49 |
| ARDETH ULLMAN ROTH | $4,634.57 |
| SALLY HALL TRUST | $11,041.41 |
| JANE POWER LUNN | $5,846.55 |
| DONALD D RIGHTER TRU | $4,660.12 |
| VALERIE J PEARSON CU | $4,718.85 |
| DAVID HOLDERMAN IRA | $7,959.31 |
| PAULA L EVANS CA/TOD | $22,463.27 |
| MARLENE FAUSTINO ROT | $4,464.10 |
| GRACE ANNE M ONO CUS | $7,802.48 |
| RAYMOND ELKINS TRUST | $12,535.03 |
| GLORIA ROLLINSON ROT | $4,331.97 |
| JACK DARCEY IRA R/O | $3,860.03 |
| DOROTHY PEREZ IRA | $4,263.01 |
| MARLENE FAUSTINO | $22,966.05 |
| SALLY A HALL ROTH IR | $4,535.58 |
| TIMOTHY GHAZALEH | $3,583.22 |
| YUPADEE THANAKITVIBO | $3,539.72 |
| ROBERT SULLIVAN ROTH | $3,694.92 |
| SANDRA K MUZIO IRA | $3,465.63 |
| MICHELLE GILMORE TRU | $3,339.36 |
| SUZANNE BITTROLFF | $3,586.88 |
| DUNCAN B GRANT | $3,295.05 |
| JESSE PERRY JR ROTH | $3,257.13 |
| YAKOV H PRESWORSKY | $6,912.39 |
| C HOFMANN ROTH IRA | $93.69 |
| JACOB OTTOBONI UTMA | $3,157.94 |
| JUDITH PERKOWSKI TRU | $10,036.99 |
| JUDITH DEGREGORIO | $3,573.69 |
| DAVID & SANDRA MUZIO | $2,944.83 |
| SANDRA STEFANI ROTH | $3,142.23 |

10

| | |
|---|---|
| MICHAEL THIBADEAU RO | $2,893.09 |
| ZELDA THOMAS IRA R/O | $2,804.22 |
| BENJAMIN HOUGH UTMA | $3,029.91 |
| PATRICIA DARCEY IRA | $2,915.54 |
| MARCO STEFANI UTMA | $3,081.46 |
| DARLENE HARRIS IRA R | $2,683.78 |
| BARBARA A GRANT ROTH | $2,760.28 |
| KATHRYN DUNCAN UTMA | $5,215.42 |
| ROBERT/VALERIE LONG | $2,712.09 |
| MARGARET DUNCAN | $4,877.17 |
| PAULA L EVANS IRA | $3,582.13 |
| SANDRA K MUZIO IRA | $2,471.78 |
| STEVEN L TELLEEN ROT | $2,505.81 |
| ARLENE E HOOVER ROTH | $3,892.26 |
| JUDITH PERKOWSKI ROT | $2,439.00 |
| DAYNA FREITAS ROTH | $2,469.01 |
| MICHELLE PERKINS IRA | $2,403.71 |
| SUMALEE SAU-UNG ROTH | $2,668.07 |
| LEROY C PETERS ROTH | $2,300.16 |
| ERNA PETERS ROTH | $2,233.20 |
| YASKEWICH TRUST | $25,666.07 |
| THOMAS NISHISAKA TRU | $13,453.85 |
| BEATRICE MUSSON TTEE | $8,753.07 |
| LINDA PERKINS IRA | $4,344.20 |
| JEANNE MEZZANO TRUST | $3,637.38 |
| SARAH HOUGHTON TRUST | $3,761.13 |
| IRIS CACY TRUST | $299.57 |
| BERNARD HOFMANN ROTH | $44.17 |
| CLAUDIA BOULTON ROTH | $2,121.19 |
| DAVID HOLDERMAN ROTH | $59.91 |
| REBA HAYES UTMA | $2,264.62 |
| FRANCES E BRIOSO TRU | $3,325.14 |
| DARLENE PRESLEY IRA/ | $2,120.20 |
| RUBEN DIAZ | $2,162.58 |
| ROSEMARY DIAZ ROTH | $2,046.39 |
| CAROL BROCCHINI IRA | $1,993.71 |
| MARY ANN MACKEY ROTH | $2,128.81 |
| FRANCISCO STEFANI | $1,989.45 |
| ROBERT J ELLS ROTH | $1,905.19 |
| PATRICK MORPHY SIMPL | $4,093.15 |
| JASON CORDERO ROTH | $2,054.37 |
| SOLOMON TRUST | $18,332.98 |
| DONALD D KING IRA | $843.81 |
| CAROL BROCCHINI 403B | $16,963.21 |
| BARBARA GRANT 403B | $23,706.98 |

| | | |
|---|---|---|
| PORTIA HARVEY IRA | | $3,556.21 |
| MICHAEL DOWLER IRA | | $1,927.13 |
| HELEN M PENNING TRUS | | $14,004.90 |
| SHARON ISBELL 403B | | $16,233.49 |
| DARLENE HARRIS 403B7 | | $14,214.79 |
| MIEKO & HISAO YOKO | | $11,570.55 |
| MARLENE ERLANDSON 40 | | $13,337.47 |
| JEAN LAUDERDALE IRA | | $1,504.94 |
| ROBERT THOMAS IRA | | $24,111.48 |
| CHRISTINE BERNEY IRA | | $1,610.96 |
| EVERETT & VELMA DAUN | | $2,082.10 |
| SAM A CESARE 403B | | $2,998.82 |
| FLORENCE E COOK IRA | | $8,957.78 |
| CARY TREMEWAN 403B | | $88,982.76 |
| ALYCE JOHNSON 403B-7 | | $37,249.29 |
| HOWARD JOHNSON 403B7 | | $11,752.85 |
| CLAIRE MAHUNA 403B-7 | | $20,030.46 |
| JENNIE L DUMMER TOD | | $15,849.82 |
| MARY ANN PARK GILMAN | | $19,432.35 |
| MARY ANN PARK GILMAN | | $11,816.04 |
| BUELAH FLOOD TRUST | | $6,915.33 |
| ROBERT J ELLS TRUST | | $40,312.01 |
| IRENE YUNT TRUST | | $1,206.70 |
| ALBERT A CESARE UTMA | | $52.60 |
| ANITA ROBERTSON 403B | | $40,389.49 |
| CAROL BROCCHINI IRA | | $13,737.16 |
| CARMEN & MICHAEL YAS | | $13,808.82 |
| CARMELLA WOOD IRA | | $7,800.03 |
| CARMELLA WOOD IRA | | $5,896.01 |
| CARMELLA WOOD IRA | | $5,375.49 |
| BEULAH FLOOD TRUST | | $6,058.28 |
| JUDITH PERKOWSKI ROT | | $5,695.50 |
| CECELIA ANN RIGHTER | | $4,650.63 |
| ROBERT THOMAS SEP | | $3,100.75 |
| GREGORY DEAN ROTH | | $1,559.79 |
| GREGORY DEAN ROTH CO | | $800.76 |
| GREGORY DEAN ROTH IR | | $331.82 |
| MIKE & SHARON DOWLER | | $24,801.10 |
| MARY A MACKEY 403B | | $25,370.26 |
| MARY JOE MCGINNIS TR | | $23,704.94 |
| MCGINNIS FAMILY TRUS | | $20,555.41 |
| ELLEN JOHNSTON 403B | | $19,155.86 |
| MARY JOE MCGINNIS TR | | $28,446.87 |
| MARY ANN MACKEY TRST | | $133,818.16 |
| MARY JOE MCGINNIS FA | | $17,810.29 |

12

| | | |
|---|---|---|
| DARLENE HARRIS 403B | | $13,398.76 |
| ROCHELLE FIGUEROA TO | | $12,262.67 |
| LYNN D BARNETT 403B | | $11,813.45 |
| BEULAH FLOOD TRUST | | $8,746.20 |
| JUDITH DEGREGORIA SE | | $8,201.61 |
| YEE FAMILY TRUST | | $6,382.86 |
| CECELIA RIGHTER IRA | | $6,365.00 |
| SHARON L ISBELL 403B | | $5,029.84 |
| EDWARD C MCLEAN IRA | | $4,535.22 |
| SHARON ISBELL 403B | | $3,918.19 |
| KATIE BONDE UTMA | | $964.93 |
| DYLAN T KROLECZYK UT | | $549.90 |
| RICHARD MARSHALL UTM | | $483.67 |
| JACLYN MARSHALL UTMA | | $483.57 |
| ROBERT MARSHALL UTMA | | $483.37 |
| MICHAEL WARNER UTMA | | $479.69 |
| JOSEPH CESARE UTMA | | $414.44 |
| SAM A CESARE | | $411.07 |
| ROBERT & FRANCES SUL | | $2,723.03 |
| LAWRENCE LEPORE | | $2,757.25 |
| TYLER M PETIT UTMA | | $315.84 |
| RYAN T PETIT UTMA | | $301.89 |
| SAM A CESARE | | $265.00 |
| JESS CLARK UTMA | | $233.79 |
| SAM A CESARE | | $237.10 |
| ADINA M SHAW CA/TOD | | $27.15 |
| DOROTHY JONES IRA | | $9,940.84 |
| CECELIA RIGHTER LIV | | $14,414.08 |
| RIO SHEW TOD | | $4,472.19 |
| JONES TRUST DTD 3/8/ | | $58,516.08 |
| ELLEN JOHNSTON 403B | | $2,658.98 |
| TRAVIS G JUHASZ UTMA | | $251.53 |
| MARTHA FIGUEROA TRUS | | $15,790.20 |
| ALANNA N MCCOMB UTMA | | $214.17 |
| TRENT S MCCOMB UTMA | | $224.98 |
| JONES REV LIVING TRU | | $28,364.62 |
| JESSICA WICKLIFFE UT | | $70.42 |
| CAITLYN WICKLIFFE UT | | $70.42 |
| AUSTIN J WAIT UTMA | | $25.97 |
| GARY P LINDQUIST | | $10,579.24 |
| MARY MCGINNIS | | $18,246.95 |
| SANDRA MERKLING IRA | | $64,441.42 |
| JOAN K HIMES TRUST | | $9,219.40 |
| ANN M SOLOMON | | $20,269.80 |
| ANN SOLOMON TRUST | | $11,288.81 |

| | | |
|---|---|---|
| CARMELLA WOOD IRA | | $5,552.01 |
| CECELIA ANN RIGHTER | | $1,246.32 |
| CHISTIAN KOSTER UTMA | | $1,818.07 |
| LOWELL PERKINS IRA | | $6,846.88 |
| MARCUS GRAVES | | $1,625.60 |
| RAQUEL TORRES 403B | | $1,591.07 |
| RAQUEL TORRES IRA | | $8,790.54 |
| SANDRA L PHILIP | | $3,898.10 |
| DEBORAH BOOKER TOD | | $27.48 |
| GARY GILMORE ROTH IR | | $1,291.58 |
| BARBARA SLATER | | $708.46 |
| CONSTANCE HOFMANN 40 | | $28,229.71 |
| JOHN SALLSTROM 403B | | $85,978.94 |
| ROGER DUAYNE KNIGHT | | $28,417.10 |
| | | **$8,189,279.93** |

ILND 245B (Rev. ~~05/2014~~ Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment – Page 8 of 8

DEFENDANT:  JOHN LOHMEIER
CASE NUMBER:  12 CR 1005-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**    **X**    **P**ayment of $8,189,579.93 due immediately.

☐    balance due not later than            , or

X    balance due in accordance with ☐ C, ☐ D, ☐ E, or X F below; or

**B**    ☐    Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C**    ☐    Payment in equal        *(e.g. weekly, monthly, quarterly)* installments of $        over a period of        *(e.g., months or years)*, to commence        *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**    ☐    Payment in equal        *(e.g. weekly, monthly, quarterly)* installments of $        over a period of        *(e.g., months or years)*, to commence        *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**    ☐    Payment during the term of supervised release will commence within        *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**    **X**    Special instructions regarding the payment of criminal monetary penalties:
Defendant shall pay any financial penalty that is imposed by this judgment that remains unpaid at the commencement of the term of supervised release.  Your monthly payment schedule shall be an amount that is at least 10% of your net monthly income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

X    Joint and Several

| Case Number Defendant and Co-Defendant Names | Total Amount | Joint and Several Amount | Corresponding Payee, if Appropriate |
|---|---|---|---|
| John Lohmeir (12 CR 1005-1) | $8,189,279.93 | $8,189,279.93 | See Chart |
| Rebecca Lohmeir (12 CR 1005-2) | $8,189,279.93 | $8,189,279.93 | See Chart |

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.